IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE S. SPENCER, | : | |
|    Petitioner | : | |
| | : | No. 1:19-cv-2056 |
| v. | : | |
| | : | (Judge Kane) |
| CATRICIA L. HOWARD, | : | |
|    Respondent | : | |

## **ORDER**

**AND NOW**, on this 24th day of February 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania